# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACK COUNTRY HORSEMEN OF AMERICA, BACKCOUNTRY HORSEMEN OF CALIFORNIA, GOLD COUNTRY TRAILS COUNCIL, FOREST ISSUES GROUP, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No.: 2:19-cv-02149-JAM-AC<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEFENDANT'S DECEMBER 27, 2019 DEADLINE TO RESPOND TO COMPLAINT BY SIXTY DAYS** |

This matter having come before the Court upon the Stipulation of the parties, and good cause appearing, it is hereby ordered that Defendant's December 27, 2019 deadline to respond to the complaint is extended by sixty days, until February 25, 2020. If a dismissal or request for further extension has not then been filed with the Court, Defendant shall file its response to the complaint by the February 25, 2020 deadline.

**IT IS SO ORDERED**.

DATED this 17th day of December 2019.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE