# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BACK COUNTRY HORSEMEN OF AMERICA, BACKCOUNTRY HORSEMEN OF CALIFORNIA, GOLD COUNTRY TRAILS COUNCIL, FOREST ISSUES GROUP, and THE WILDERNESS SOCIETY,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE,

Defendant.

Case No.: 2:19-cv-02149-JAM-AC

**ORDER APPROVING STIPULATION EXTENDING CASE DEADLINES UNTIL APRIL 1, 2020**

This matter having come before the Court upon the Stipulation of the parties, and good cause appearing, it is hereby ordered that all case deadlines are extended until April 1, 2020. If a Stipulation of Dismissal has not then been filed, the parties will file a Joint Status Report apprising the Court of the status of settlement and requesting further extension by April 1, 2020.

**IT IS SO ORDERED**.

DATED this 24th day of February 2020.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURTJUDGE