PRERAK SHAH
Acting Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

**IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BACK COUNTRY HORSEMEN OF AMERICA, BACKCOUNTRY HORSEMEN OF CALIFORNIA, GOLD COUNTRY TRAILS COUNCIL, FOREST ISSUES GROUP, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No.: 2:19-cv-02149-JAM-AC<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Back County Horsemen of America, Back Country Horsemen of California, Gold Country Trails Council, Forest Issues Group, and the Wilderness Society and Defendant the United States Forest Service (together, the "Parties") have agreed and stipulated that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) on the following conditions:

1. Defendant has removed the announcement posted on the Tahoe National Forest website on or about July 2019 extending opportunities for Class 1 electric bicycle ("e-bike") riders to use recommended non-motorized trails across the Tahoe National Forest;

2. Within seven days of filing this Stipulation of Dismissal with the Court, the Forest Service will update its website for the Tahoe National Forest to clarify that e-bikes are not currently allowed on National Forest System trails in the Tahoe National Forest that have not been designated for motor vehicle use by posting the following language in the same location as the posting it is replacing:

> The Tahoe National Forest has removed its earlier statement, first published on this website July 9, 2019, which extended opportunities for class 1 e-bike riders to use recommended non-motorized trails in the Forest.  E-bike use on National Forest System (NFS) roads and trails is governed by existing Forest Service regulations, directives, and policies, as reflected on the website for the Pacific Southwest Region of the Forest Service, available at https://www.fs.usda.gov/detail/r5/recreation/?cid=fseprd557285.  E-bike use is currently not allowed on NFS roads and trails unless they are designated for motor vehicle use.  E-bike use in the Tahoe National Forest is currently allowed only on NFS roads, on NFS trails, and in areas on NFS lands that are designated for motor vehicle use, as reflected on a motor vehicle use map.  The Forest Service strives to provide a broad range of recreational experiences on NFS roads and trails, including hiking and horseback riding, mountain biking, and motor vehicle use.  The Forest Service is considering options that would expand e-bike access, including options for allowing e-bike use on NFS roads and trails where that use is not currently allowed.  The Forest Service will continue to update the public on these efforts and any associated opportunities for public involvement.

and

3. The Parties will bear their own costs and fees associated with this lawsuit.

SO STIPULATED.

Respectfully submitted on March 31, 2020.

              PRERAK SHAH
              Acting Deputy Assistant Attorney General
              Environment and Natural Resources Division
              United States Department of Justice

              */s/ Erika Norman*
              ERIKA NORMAN
              Trial Attorney
              Natural Resources Section
              150 M Street, NE, Suite 2.900
              Washington, D.C.  20002
              Phone:  (202) 305-0475
              Fax:  (202) 305-0506

              *Attorneys for Defendant*

              /s/ *Sangye Ince-Johannsen*
              Sangye Ince-Johannsen, *Pro Hac Vice*
              Western Environmental Law Center
              120 Shelton McMurphey Blvd, Ste 340
              Eugene, Oregon 97401
              sangyeij@westernlaw.org
              Ph.: (514) 778-6626

              Susan Jane M. Brown, *Pro Hac Vice*
              Western Environmental Law Center
              4107 N.E. Couch St.
              Portland, Oregon 97232
              brown@westernlaw.org
              Ph.: (503) 914-1323

              Tom Wheeler, CA Bar #304191
              Environmental Protection Information Center
              145 G Street #A
              Arcata, CA 95521
              tom@wildcalifornia.org
              Ph: (707) 822-7711
              Fax: (707) 822-7712

              *Attorneys for Plaintiffs*